# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0091.  RASHONDA CRAIG et al v. SJ SAN, INC.

Rashonda Craig, as Mother and Administrator of the Estate of T'Rhigi Craig, filed a wrongful death action against SJ San, Inc. raising several claims. SJ San, Inc. filed a motion to dismiss, which the trial court granted in part, and denied in part. Craig then filed this appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals may generally be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" When the case remains pending, the party seeking to appeal is required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b), including obtaining a certificate of immediate review. See *Islamkhan v. Khan*, 299 Ga. 548, 551 (2) (787 SE2d 731) (2016); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996). Here, because claims remain pending in the court below, Craig was required to comply with the interlocutory appeal procedures to obtain appellate review at this juncture. See id. Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/09/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*